# CRIMINAL CALENDAR

The following CRIMINAL CASE will be presented by the United States Government in the Brien McMahon Federal Building, 915 Lafayette Boulevard, Bridgeport, Connecticut 06604, 06510, before the Honorable Kari A. Dooley, United States District Judge, on Wednesday, October 21, 2020, at 10:00 a.m.

AUSA Henry K. Kopel
**Plea/Diversion Hearing**

| | |
|---|---|
| UNITED STATES | Docket No. 3:20-cr-199 KAD |
| v. | |
| JOHN DOE | COUNT ONE<br>18 U.S.C. §§ 2261A(2)(B) and 2261(b)(5)<br>(Cyberstalking) |
| John R. Williams, Esq. | PENALTIES<br>Imprisonment: Maximum of 5 years<br>Fine: $250,000<br>Supervised Release: Maximum of 3 years<br>Special Assessment: $100.00 |

TO: The Hon. Kari A. Dooley, United States District Judge

cc: U.S. Attorney's Office – New Haven, Bridgeport
    U.S. Clerk's Office – New Haven, Bridgeport
    U.S. Marshals Service – Bridgeport
    U.S. Probation Office – Bridgeport
    FBI New Haven - Attn: SA Curt Hampton
    John R. Williams, Esq.